Opinion
issued January 27, 2011

 




 
 
 
 
 




 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10B00225BCV

 



 

CHERYL SCRUGGS, Appellant

 

V.

 

RAINEY MEADOWS APARTMENTS,
Appellee

 



 

On Appeal from the County
Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 954360

 



 

MEMORANDUM
OPINION








Appellant Cheryl Scruggs has neither
established indigence, nor paid or made arrangements to pay the clerk=s fee for
preparing the clerk=s
record.  See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal
if no clerk=s record filed due to appellant=s
fault).  After being notified that this
appeal was subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to pay, or make arrangements to pay, the clerk=s
fee.  All pending motions are dismissed.

PER
CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Bland.